# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 132 WAL 2015

             Petitioner

              v.

Petition for Allowance of Appeal from the Order of the Superior Court

THOMAS E. RADECKI,

             Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.